UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: Anti-Vibrational Rubber Parts<br>In Re: Radiators<br>In Re: Switches<br>In Re: Motor Generators<br>In Re: HID Ballasts<br>In Re: Electronic Power Steering Assemblies<br>In Re: Fan Motors<br>In Re: Power Window Motors<br>In Re: Windshield Washer Systems | 2:13-cv-00802<br>2:13-cv-00803<br>2:13-cv-01002<br>2:13-cv-01003<br>2:13-cv-01302<br>2:13-cv-01303<br>2:13-cv-01502<br>2:13-cv-01503<br>2:13-cv-01702<br>2:13-cv-01703 |
| This Document Relates to:<br><br>All Auto Dealer Actions<br>All End-Payor Actions | 2:13-cv-01902<br>2:13-cv-01903<br>2:13-cv-02102<br>2:13-cv-02103<br>2:13-cv-02302<br>2:13-cv-02303<br>2:13-cv-02802<br>2:13-cv-02803 |

**STIPULATION AND ORDER REGARDING
DEADLINE FOR FILING ANSWERS TO END-PAYOR AND AUTO DEALERS'
CONSOLIDATED AMENDED CLASS ACTION COMPLAINTS**

WHEREFORE, one or more parties in the above-captioned actions plans to file a motion to correct or amend the Court's May 1, 2015 Opinion and Order Granting in Part and Denying in Part Defendants' Collective Motion to Dismiss End-Payors' and Auto Dealers' Consolidated Amended Class Action Complaints ("May 1, 2015 Order"); and

WHEREFORE, Auto Dealer Plaintiffs and End-Payor Plaintiffs have reached a stipulation with the Defendants[1] regarding the deadline for filing Answers to the Consolidated Amended Class Action Complaints ("CACs")[2] in the above-captioned actions, as evidenced by their signatures affixed hereto, the parties, through their undersigned counsel, hereby agree and stipulate, and the Court orders that Answers to the CACs shall be filed 30 days after the Court's ruling on any of the parties' motions to correct or amend the Court's May 1, 2015 Order.

**IT IS SO ORDERED**.

Date:  June 10, 2015                                       s/Marianne O. Battani
                                                          MARIANNE O. BATTANI
                                                          United States District Judge

**STIPULATED TO AND APPROVED BY:**

---

[1] The Defendants joining this stipulation are:  Bridgestone Corporation, Bridgestone APM Company; Sumitomo Riko Company Limited, DTR Industries, Inc.; Toyo Tire & Rubber Co., Ltd., Toyo Tire North America OE Sales LLC, Toyo Automotive Parts (USA), Inc.; Yamashita Rubber Co., Ltd., YUSA Corporation; Calsonic Kansei Corporation, Calsonic Kansei North America, Inc.; DENSO Corporation, DENSO International America, Inc. ASMO Co., Ltd., ASMO North America, LLC, ASMO Manufacturing, Inc.; Mitsuba Corporation, American Mitsuba Corporation; Tokai Rika, Co., Ltd., TRAM, Inc. d/b/a Tokai Rika U.S.A. Inc., Stanley Electric Co., Ltd., Stanley Electric U.S. Co., Inc., II Stanley Co., Inc.; Koito Manufacturing Co., Ltd., North American Lighting, Inc.; Mitsubishi Electric Corporation, Mitsubishi Automotive America, Inc., Mitsubishi Electric US Holdings, Inc.; JTEKT Corporation, JTEKT Automotive North America, Inc.; Showa Corporation, American Showa, Inc.

[2] Specifically, the CACs are (i) the Auto Dealers' Consolidated Amended Class Action Complaints in Anti-Vibrational Rubber Parts (Doc. No. 28), Radiators (Doc. No. 31), Switches (Doc. No. 23), Motor Generators (Doc. No. 2), HID Ballasts (Doc. No. 24), Electronic Power Steering Assemblies (Doc. No. 17), Fan Motors (Doc. No. 21), Power Window Motors (Doc. No. 22), and Windshield Washer Systems (Doc. No. 29), and (ii) the End-Payors' Consolidated Amended Class Action Complaints in Anti-Vibrational Rubber Parts (Doc. No. 20), Radiators (Doc. No. 28), Switches (Doc. No. 11), Motor Generators (Doc. No. 11), HID Ballasts (Doc. No. 10), Electronic Power Steering Assemblies (Doc. No. 9), Fan Motors (Doc. No. 13), Power Window Motors (Doc. No. 18), and Windshield Washer Systems (Doc. No. 8).

May 15, 2015                    */s/ Gerard V. Mantese (*with consent)
                                  Gerard V. Mantese (P34424)
                                  David Hansma (P71056)
                                  Brendan Frey (P70893)
                                  Joshua Lushnat (P75319)
                                  **MANTESE HONIGMAN ROSSMAN AND WILLIAMSON, P.C.**
                                  1361 E. Big Beaver Road
                                  Troy, MI 48083
                                  Telephone: (248) 457-9200 Ext. 203
                                  Facsimile: (248) 457-9201
                                  gmantese@manteselaw.com
                                  dhansma@manteselaw.com
                                  bfrey@manteselaw.com
                                  jlushnat@manteselaw.com

                                  *Interim Liaison Counsel for the Automobile Dealer Plaintiffs*

                                  */s/ Jonathan W. Cuneo* (with consent)
                                  Jonathan W. Cuneo
                                  Joel Davidow
                                  Victoria Romanenko
                                  **CUNEO GILBERT & LADUCA, LLP**
                                  507 C Street, N.E.
                                  Washington, DC 20002
                                  Telephone: (202) 789-3960
                                  Facsimile: (202) 789-1813
                                  jonc@cuneolaw.com
                                  Joel@cuneolaw.com
                                  Vicky@cuneolaw.com

                                  Don Barrett
                                  David McMullan
                                  Brian Herrington
                                  **BARRETT LAW GROUP, P.A.**
                                  P.O. Box 927
                                  404 Court Square
                                  Lexington, MS 39095
                                  Telephone: (662) 834-2488
                                  Facsimile: (662)834.2628
                                  dbarrett@barrettlawgroup.com
                                  bherrington@barrettlawgroup.com
                                  dmcmullan@barrettlawgroup.com

                                  Shawn M. Raiter

**LARSON KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500
Facsimile: (651) 312-6618
sraiter@larsonking.com

*Interim Co-Lead Counsel for the Automobile Dealer Plaintiffs*

*/s/ Hollis Salzman* (with consent)
Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
hsalzman@rkmc.com
bpersky@rkmc.com
wvreiss@rkmc.com

Steven N. Williams
Adam J. Zapala
Elizabeth Tran
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
fdamrell@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
etran@cpmlegal.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

4

ssklaver@susmangodfrey.com

Terrell W. Oxford
Warren T. Burns
**SUSMAN GODFREY LLP**
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214)754-1933
toxford@susmangodfrey.com
wburns@susmangodfrey.com

*Interim Co-Lead Counsel for End-Payor Plaintiffs*

E. Powell Miller
Adam Schnatz
**THE MILLER LAW FIRM**
950 W. University Drive
Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
aschnatz@millerlawpc.com

*Interim Liaison Counsel for End Payor Plaintiffs*

*/s/  Steven F. Cherry*

Steven F. Cherry
David P. Donovan
Brian C. Smith
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

*Counsel for Defendants DENSO Corporation, DENSO International America, Inc., ASMO Co., Ltd., ASMO North America, LLC, and ASMO Manufacturing, Inc.*

*/s/  Steven M. Zarowny* (with consent)

5

Steven M. Zarowny (P33362)
General Counsel
DENSO INTERNATIONAL AMERICA, INC.
24777 DENSO Drive
Southfield, MI 48033
Tel.: (248) 372-8252
Fax: (248) 213-2551
STEVE_ZAROWNY@DENSO-diam.com

*Counsel for Defendant DENSO International America, Inc.*

*/s/ George A. Nicoud III* (with consent)
George A. Nicoud III
Joel S. Sanders
Austin Schwing
Stuart C. McPhail
Leslie A. Wulff
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel.:  (415) 393-8200
Fax:  (415) 393-8306
TNicoud@gibsondunn.com
JSanders@gibsondunn.com
ASchwing@gibsondunn.com
SMcphail@gibsondunn.com
LWulff@gibsondunn.com

*Counsel for Defendants Mitsuba Corporation and American Mitsuba Corporation*

*/s/ Terrence J. Truax* (consent)
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

6

Gary K. August
Jamie J. Janisch
**ZAUSMER, KAUFMAN, AUGUST & CALDWELL, P.C.**
31700 Middlebelt Road, Suite 150
Farmington Hills, Michigan 48334-2374
Telephone (248) 851-4111
gaugust@zkac.com
jjanisch@zacfirm.com

*Counsel for Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

*/s/ James L. Cooper* (with consent)
James L. Cooper
Danielle M. Garten
Adam Pergament
**ARNOLD & PORTER LLP**
555 Twelfth Street NW
Washington, DC 20004-1206
Tel.: (202) 942-5000
Fax: (202) 942-5999
james.cooper@aporter.com
danielle.garten@aporter.com
adam.pergament@aporter.com

Fred K. Herrmann
Joanne G. Swanson
**Kerr, Russell and Weber, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Tel.: (313) 961-0200
Fax: (313) 961-0388
fherrmann@kerr-russell.com
jgs@krwlaw.com

*Counsel for Yamashita Rubber Co., Ltd. and YUSA Corporation*

*/s/ J. Clayton Everett, Jr.* (with consent)
J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW

7

Washington, DC 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001
jeverett@morganlewis.com

*Counsel for Sumitomo Riko Company Limited and DTR Industries, Inc.*

*/s/ Steven A. Reiss* (with consent)
Steven A. Reiss
Adam C. Hemlock
Kaj Rozga
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Tel.: (212) 310-8000
Fax: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com
kajetan.rozga@weil.com

Frederick R. Juckniess
**Schiff Hardin LLP**
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Tel.: (734) 222-1504
fjuckniess@schiffhardin.com

*Counsel for Bridgestone Corporation and Bridgestone APM Company*

*/s/ Steven A. Reiss* (with consent)
Steven A. Reiss
Adam C. Hemlock
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Tel.: (212) 310-8000
Fax: (212) 310-8007
steven.reiss@weil.com
adam.hemlock@weil.com

Fred K. Herrmann
Matthew L. Powell
**Kerr, Russell and Weber, PLC**
500 Woodward Avenue, Suite 2500

8

Detroit, MI 48226
Tel.: (313) 961-0200
Fax: (313) 961-0388
fhermann@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Calsonic Kansei Corporation and Calsonic Kansei North America, Inc.*

*/s/ David C. Giardina* (with consent)
David C. Giardina
Courtney A. Rosen
**SIDLEY AUSTIN LLP**
One S. Dearborn St.
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com
crosen@sidley.com

Bradley J. Schram (MI Bar # P26337)
**HERTZ SCHRAM PC**
1760 S. Telegraph Rd., Suite 300
Bloomfiled Hills, MI 48302
Tel.: (248) 335-5000
Fax: (248) 335-3346
bschram@hertzschram.com

*Counsel for Toyo Tire & Rubber Co., Ltd., Toyo Automotive Parts (USA), Inc., Toyo Tire North America OE Sales LLC, and Toyo Tire North America Manufacturing Inc.*

*/s/ Matthew J. Reilly* (with consent)
Matthew J. Reilly
Abram J. Ellis
David T. Shogren
**SIMPSON THACHER & BARTLETT LLP**
1155 F Street, N.W.
Washington, DC  20004
Tel.: (202) 636-5500
Fax: (202) 636-5502
matt.reilly@stblaw.co m
aellis@stblaw.com
dshogren@stblaw.com

9

George S. Wang
Shannon K. McGovern
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Tel.: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendants Stanley Electric Co., Ltd.,*
*Stanley Electric U.S. Co., Inc. and*
*II Stanley Co., Inc.*

*/s/ Franklin R. Liss* (consent)
Franklin R. Liss
Barbara H. Wootton
Tiana Russell
Danielle M. Garten
**ARNOLD & PORTER LLP**
555 Twelfth Street NW
Washington, DC 20004
Tel:  (202) 942-5969
Fax: (202) 942-5999
frank.liss@aporter.com
barbara.wootton@aporter.com
tiana.russell@aporter.com
danielle.garten@aporter.com

Howard B. Iwrey (P39635)
Brian M. Moore (P58584)
**DYKEMA GOSSETT PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel:  (248) 203-0700
Fax: (248) 203-0763
hiwrey@dykema.com
bmoore @dykema.com

*Counsel for Defendants Koito Manufacturing Co.,*
*Ltd. and North American Lighting, Inc.*


*/s/ Heather L. Kafele* (consent)
Heather L. Kafele
Keith R. Palfin
Alison R. Welcher

10

**SHEARMAN & STERLING LLP**
801 Pennsylvania Ave., NW, Suite 900
Washington, DC 20004
Tel.: (202) 508-8097
Fax: (202) 508-8100
heather.kafele@shearman.com
keith.palfin@shearman.com
alison.welcher@shearman.com

Brian M. Akkashian
**PAESANO AKKASHIAN, PC**
132 N. Old Woodward Avenue
Birmingham, MI 48009
Tel.: (248) 792-6886
bakkashian@paesanoakkashian.com

*Counsel for JTEKT Corporation and JTEKT Automotive North America, Inc.*

*/s/ Sheldon H. Klein* (with consent)
Sheldon H. Klein
David F. DuMouchel
**BUTZEL LONG**
150 West Jefferson, Suite 100
Detroit, MI 48226
Tel.: (313) 225-7000
Fax: (313) 225-7080
sklein@butzel.com
dumouchd@butzel.com

W. Todd Miller
**BAKER & MILLER PLLC**
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Tel.: (202) 663-7820
Fax: (202) 663-7849
TMiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

*/s/ J. Clayton Everett, Jr.* (with consent)
J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**

11

1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel: 202-739-3000
Fax: 202-739-3001
jeverett@morganlewis.com

Matthew L. Fornshell
**ICE MILLER LLP**
250 West Street
Suite 700
Columbus, OH 43215
Tel: 614-462-1061
Fax: 614-222-3692
Matthew.Fornshell@icemiller.com

*Counsel for Showa Corporation and American Showa, Inc.*